IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-22 |
| vs. | ORDER |
| YOLANDA OTERO-VALENZUELA, | |
| Defendant. | |

This matter is before the Court on the defendant's third motion to reduce her sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (filing 95). Her motion will be denied because she has yet to exhaust her administrative remedies.

As the Court has previously explained, *see* filing 81 and filing 93, under § 3582(c)(1)(A), the Court may consider a defendant's motion for compassionate release only "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." § 3582(c)(1)(A).

In other words, before the Court may consider the defendant's motion, the defendant must present her request for compassionate release to the warden of her institution. § 3582(c)(1)(A). Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 95) is denied without prejudice to reassertion subject to exhaustion of her administrative remedies.

Dated this 27th day of July, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge